AUG 10 2015

26,724-01

The Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711-2308

Harold B. Davis TDCJ No. 683919
SBTXNo. 10582900
1300 FM 655 - Chas T. Terrell
Roshoron, Texas 77583

**This document contains some pages that are of poor quality at the time of imaging.**

Attention: Clerk - Abel Acosta

Subject: Motion for Writ of Error @ Extraordinary Writ
Motion for Suspension of Rules FRCPD No. 2, RE: Fraud-On-Court

Synopsis: In a Homicide Trial BrzaCoTx 025147 D: 091093, Defendant Harold Benjamin Davis TDCJ No. 683919 remains Unlawfully Confined (22yrs 9 mos) as State's Decedent is Not Dead where a Fraudulent Death Certificate was a Primary offense to Prosecution, and where integrity of the Medical Examiner was Upheld under Direct Challenge of Defendant during Trial Court in Spite of Defendant Protest @ TRE 103(a)(1,2); To Wit: Lobby; See 18 USCA Chap 201-225 Bribery.

Although Defendant Harold B. Davis was Given 5 to 99 Yrs, DOJ: Life, there remains issue of Withheld Evidence; a Video VHS Cassette (Police: Intact) Which, When Purviewed (in Camera) Will Prove Liability upon Victim Personnel but is Pro Hac Vice in Arguement, Although Sudden Passion is Not an Element of Direct, Formal Complaint, As is "Fraud-On-Court" To Justify Action: Ex-Dolicto at Liability of the State of Texas and other Parties.

Annotation at TRE 404(b) Held, "Extraneous-Offense Evidence May Be Admissible To Rebut Defensive Theories of Fabrication, Frame-Up or Retaliation" In This Lobby to With Political Candacy. There is No Distinction Between These Defenses, Wherein Castlow is Boss vs. State and Castillado vs. State.

To The Honorable Court of Criminal Appeal's Clerk: Abel Acosta
Dear Sir:
    Please Route The enclosed Brief of Writ of Error to the Appropriate Justice, Reused, Revised, As Returned from The Texas Supreme Court. Summary Challenging Cognosibility is Attached (Lobby); Leave to File is Included at "Motions".
    Thank you.
    Respectfully,
    HBDavis
    Appellant - Proponent
    TX SB No. 10582900

MOTION DENIED
DATE: 9-9-15
BY: PC

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 17 2015
Abel Acosta, Clerk

HBD/RE: "Introduction" Dated July 25, 2015 to CtCrApls.

(1)

July 18, 2015

The Supreme Court of Texas
P.O. Box 12248
Austin, Texas 78711

Harold B. Davis 683919
1300 FM 655 - C.T. Terrell
Rosharon, Texas 77583

Attention: Clerk - Blake A. Hawthorne

Subject: Dunning Letter of June 24, 2015

Dear Sir:

According to the above letter of reject, my document was not filed by checked-marked box No.s 1 and 3.

By Box No. 4, can you please forward the document to the Court of Criminal Appeals? Thank you.

Respectfully,

Harold B. Davis
Petitioner

---

Hard/copy

Aug 10, 2015

Note to CtCrAps Clerk Abel Acosta:

To save time, I am reusing the above Writ which was NOT forwarded to the Court of Criminal Appeals, but rather returned to this addressee post-marked July 27, 2015. Affidavits are dated over again. Thank you.

Respectfully,

HB Davis

# Table of Contents — Harold B. Davis vs. State of Texas

A. Letter to Clerk — Abel Acosta P1
I. Title Sheet P2
II. Preamble P3
III. Consolidations P4-5
IV. Annotations P6-7
V. Motions at Omnibus P8
VI. Brief in Support of Motion
    for Leave to File P9-11
VII. Proponent Data Sheet P12
VIII. List of Lobby and Lobbyists P13
IX. Statement in Forma Pauperis P14
X. Fiat P15
XI. Affidavit of Ary Prohv P16
XII. Résumé of Attorney P16
XIII. Oath of Affidavit P16
XIV. Affirmation P17 (end)

Exceptio Rei Judicata in the Court of Criminal Appeals
Motion for Extraordinary Writ, Re: Writ of Error @ Fraud-on-Court
Viz: Death Certificate (Political Candidate). FRAP 2 Suspension of Rules (Nisi),
Motion to Recuse or Dismiss at Omnibus FRAP 60, 60A Also
28 USCA 2254(b)(i)(B)(c) - (2256 Omitted); 28 ss 1651(a),(b).
En Banc at Stare Decisis ~ Pro Hac Vice 18 USCA 1512, 1512A (Lobby).
Liability: Ex-Delicto Viz: Exemplary. And in Accordance
with SCT Rule 6 and 17.3 (exc: Forum, Copies @ Forma Pauperis).
FRCVP @ Rule 60(b)(3) "Fraud" i.e. "Intrinsic", Re: Agents @ Disclosure (Modus)
at Arguement Pro HV TRE 404; FRE 1101: Jurisdiction.

⌒‾‾‾‾‾‾‾‾‾‾‾‾ Justifies At ‾‾‾‾‾‾‾‾‾‾‾‾⌒

Leave to File 28 USCA ss 2241 "Power to Grant Writ" @ SCT.
FRAP Rules No.2 and No.20 i.e. Petition for Extraordinary Writ ⌒
with FRAP 21(a)(2)(A) and FRAP 34(e) in Accordance with 28 USCA 1651(a)
and/or Habeas Corpus under VTCA CCP Art 11.07 ss 1, 3, or 5 (Ex Parte) at
Estoppel Per Rem.

Status: Forma Pauperis @ SCT Rule 39, 18 USCA 3006A, 28 USCA 1746 and 1915g
with FRAP 39.1 and 42 USCA 1983.
From Wilson v. Buster. 433 Fed Appx 238 (2011).

**❡NOW COMES** Hereon Brendalin Davis of TDCJ-ID No. 683919 Offender-
Inmate with this Extraordinary Writ Pro. Bono and Per Se As Ex-Officio will
Allow at SB Atty No. 10582900 and Private Investigator to wit: Joseph A. McDermott
III LLP. to move these Presents in the Honorable Court of Criminal Appeals in a
Criminal Matter Pro. Tempore Where Texas Rules of Evidence: TRE 404(a)(3)(b)
@ "Other Crimes, Wrongs, or Acts" in Proof of Motive, whereas "Opportunity, Intent,
Plan, or Identity"... etc, wherein Reasonable Notice is given in Advance of Proceed-
ings, of intent to introduce State's case in chief, such Evidence (FOC) other than
that arising in same transaction. See also VTCA CCP 38.36 and 38.37. And at
TRE 404(b) Generally Held (Boss v. State 270 SW3d 557) that "Extraneous Offense
Evidence May Be Admissable to rebut Defensive Theories of "Fabrication, Frame-
up, or Retaliation". See Castoldo v. State 78 SW3d 345 and Fox v. State
283 SW3d 85, 93 re: Other Acts, ex: Cross-Dressing (Decedent), @ Rule 404(b).

(2)

EXTRAORDINARY WRIT FRAP 21 : FRAP 34

Exceptio Rei Judicatum — As Testificadum (in Camera : Agent).
MOTION FOR WRIT OF ERROR
& Petition for Remittitur — i.e. "Fraud-On-Court" (Death Certificate).

— WITH —

ARGUEMENT Pro Hac Vice in Accordance with Supreme Court Rule 6 (1, 2, 3) And Texas Rules of Evidence Rule 404, And FRCVP Rule 60(b)(3) To Provide Relief From A Final Judgement Due to "Fraud" To Commit Plain Error At 18 USCA SS 1512(a)(1) Note 50, A Subsequent Felony Not Directly Related To This Causation And Entreatise.

IN THE MATTER OF Mr. Harold Baldwin Davis TDCJ-ID No. 683919, A Educasion Male Born May 30, 1949 TDL No. 00376274 And SS No. 449824956 Of No Prior Convictions Who Entered Into A Situation of Altercation In Self-Defense, A Resident of Surf-Side Beach P.O. Box 1292 Freeport, TX At The Tower Lounge In P.P. ∨ As Withhold Ruio- Ence Will Show In Arguement Pro Hac Vice, Whoso Nevertheless Sustained A Sentence of 5 To 99 Years For The Homicide of A (sic) Female Victim. At A Charge of Murder PC 19.01(b), And 19.02. Bond Was Set At $40K In The 23rd Judicial Dist. Court — Judge Raymond J. Gayle Presiding, In Cause No. 1025147 And Appeal (1st G Das) No. 01-95-00052-CR In Judge Oliver Barcot's Court. The PDR Was Submitted To The Court of Criminal Appeals In 1996 And Was Per Curium Denied 3 Times.

*This Declaration In Support Of Remittitur @ Writ of Error "Fraud-On-Court" In Plain Error Where The Court Had Accepted A Fraudulent Death Certificate On The Decedent, The Demurse of All Evidence At Estoppel, Even Though The Defendant Questioned Its Validity In Active Court To Preserve All Protest of The Error.

* Justification of Voir Dire Proceedings Was Purported To Be From An Agent (Lobby) Who Provided A Statement of Disclosure At "Candor Toward (Any) Tribunal" Which Dlleged The Outstanding Culpability Actually Belonging To "Funderburg" (Warrant(s) : Homicide) Which Caused Serious Error In The Prepond-

* Erance of Evidence Attached To The Trial Proceedings of Davis Vs State, Presented Herewith At Pro HV, The Honorable Court To Permit The Collateral Estoppel Necessary At

* An Hypothesis of Bi-Furication.

$ WHEREAS At Rule 20, This Extraordinary Writ Will Provide Aid In The Supreme Court's Jurisdiction By Replique Pro Hac Vice Wherewith Exceptional Circumstances Warrant Exercise of The Court's Discretionary Powers At TRE 404(a)(3)(b);

And WHEREAS It Is Imperative After All Exhaustion (Over 100 Law Firms Contacted E.G. "Lobby") That Adequate Relief Cannot Be Obtained In Any Other Form, Or From Any Other Court.

And Furthermore, Attorney Ad Valorem Harold B. Davis JDSBTX No. 10582900 I.E. Movant Pro. Hac Vice Herewith To Represent TRLS Ex-Officio At Joseph A. McDermott III LLP Does Hereby Submit These Motions At Omnibus In His Own Behalf As Affiant Pro. Bono. Per Se At Request For The Honorable Court To Rescind Trial Court's Judgement With Expunction of Record, At Status of Forma Pauperis @ TXRA Pro Rule 20 And 20.2 Pretaining To Indigent Parties Wherein Provision Is Made For Certain Appealee To (Later) Pay Costs.

(3)

# III. CONDITIONS:

1) **EXCEPTIO REI JUDICATUM**: AD TESTIFICANDUM (IN CAMERA: AGENT(S)). THE TRADITIONAL STIPULATIONS OF A TRIAL COURT AT VOIR DIRE CAN BE CHALLENGED AT THE EXAMINATION OF TRADITIONAL UTILITARIAN JUSTIFICATION OR ANCILLIARY PRIVILEGE. AT 18 USCA SS 1512, 1512A IN CONSIDERATION OR MURDER, THEREIN "TAMPERING WITH A WITNESS, VICTIM, OR INFORMANT"; (a)(1) ATTEMPTING TO KILL (STOP) BY FRAUDULENT PERFORMANCE OR A RECORD, TO ... (A) PREVENT THE ATTENDANCE OF TESTIMONY OF ANY PERSON IN AN OFFICIAL PROCEEDING; OR (B) PREVENT THE PRODUCTION OF A RECORD, DOCUMENT, OR OTHER OBJECT IN AN OFFICIAL PROCEEDING, SHALL BE PUNISHED (2)(B) IN THE CASE OR ATTEMPT, BY IMPRISONMENT FOR NOT MORE THAN 20 YEARS. (INCL "STALKING" PC 42.072).

AND (c)(1) WHOEVER INTENTIONALLY HARASSES ANOTHER PERSON AND THEREBY HINDERS, DELAYS, PREVENTS OR DISSUADES ANY PERSON FROM: (1) ATTENDING OR TESTIFYING IN AN OFFICIAL PROCEEDING; OR (4) CAUSING A CRIMINAL PROSECUTION ... TO BE SOUGHT OR INSTITUTED ... OR ATTEMPTS TO DO SO; SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN ONE YEAR, OR BOTH.

AND (g) THERE IS EXTRATERRITORIAL FEDERAL JURISDICTION OVER AN OFFENSE UNDER THIS SECTION.

2) **AT REMAND**: THE RESULTING DISCLAIMANT SHOWS CAUSE FOR DEFAULT, AND THE RESULTING PREJUDICE CAUSES THE ISSUE REVIEW TO BE MERITORIOUS; AT REMAND IN THE CONCEPTS OF EXCEPTIO REI JUDICATUM. BASS V ESTELLE 696 P2D 1154. ALSO STATUTES OR RULES VTCA CCP ART 26.13 (a), (d), AND TEX DISCP R PROF COND @ PART III ADVOCACY: RULE 3.01. WITH TOTALITY OF CIRCUMSTANCES. SEE SOLOLA N STATE 674 SW2D 809 (1984); KING VS STATE AT 831 SW2D 891 (1992) AND STANLEY V STATE 866 SW2D 306 (1993).

AT AD FORUM NON CONVENIENS: JUSTIFICATION OF ANCILLIARY PRIVILEGE, REF: (AUTH) JOHN E. STRONG OR McCORMICK ON EVIDENCE (TREATISE; 4TH ED 1992 SS 87 @ PG 121-122). JURISDICTION: VTCA GOV 22.001 (a)(b)(d); FRE 1101.

3) **PETITION FOR REMITTITUR** - THE TEXAS ~~SUPREME COURT~~ (Ct Cr App) HAS APPELLATE AND ORIGINAL JURISDICTION OF LAW QUESTIONS ARISING IN ~~CIVIL~~ CASES AND COURTS OR APPEALS WHEREIN THE INTERMEDIATE COURTS DO NOT HAVE JURISDICTION, RE: TEX GOV CODE 22.001, 22.220, 22.225, EXC: 22.002. THIS PETITION CONSISTS OF ISSUE "FRAUD-ON-COURT" WHICH WILL EXEMPLIFY THE FELONY CONVICTION. WTKD2D FED CIV PRO KEY 2377 AND FED CTS KEY 945.

4) MOTION TO RECUSE OR DISMISS I.E. "RESCIND AND EXPUNGEMENT OR RECORD" REQUIRING FINALIZATION (MANDATE) TO DISCHARGE APPELLANT FROM CONFINES.

5) OMNIBUS - FRAP INDEX @ I.E. "MOTIONS"; MAX: 5 TOTAL (INCL "DISCOVERY").

6) **ARGUEMENT PRO HAC VICE** - SCT RULE 6 (1, 2, 3) AND QUALIFICATIONS OF ATTORNEY ARE INCLUDED IN THE RESUME OF ATTORNEY HEREWITH, AND IN ACCORDANCE WITH TEXAS RULES OF EVIDENCE TRE RULE 404.

(4)

# III. Connotations Cont'd

7) 28 USCA ss 2255 (MANDATE) FEDERAL CUSTODY/JURISDICTION; REMEDIES ON MOTION ATTACKING SENTENCE RE: FRAUD-ON-COURT, (b) PARAMETERS OF VACATE AND SET ASIDE JUDGEMENT ... "AND SHALL DISCHARGE THE PRISONER". (h) IF REQUIRED, A SECOND OR SUCCESSIVE MOTION MUST BE CERTIFIED AS PROVIDED IN SECTION 2244 BY A PANEL OF THE APPROPRIATE COURT OF APPEALS TO CONTAIN (2) A NEW RULE OF CONSTITUTIONAL LAW, MADE RETROACTIVE TO CASES ON COLLATERAL REVIEW BY THE Supreme Court, THAT WAS PREVIOUSLY UNAVAILABLE. JAN 7, 2008 PUB. L. 110-177 TITLE V ss 511, 121 STAT 2545.

8) FRCVP Rule 60(b)(3): RELIEF FROM A JUDGEMENT OR ORDER. ON MOTION AND JUST TERMS, THE COURT MAY RELIEVE A PARTY OR ITS LEGAL REPRESENTATIVE FROM A FINAL JUDGEMENT, ORDER, OR PROCEEDING FOR THE FOLLOWING REASONS: (3) FRAUD (WHETHER PREVIOUSLY CALLED INTRINSIC OR EXTRINSIC), MISREPRESENTATION, OR MISCONDUCT BY AN OPPOSING PARTY (DPA OR LOBBY: AGENT).

9) LEAVE TO FILE 28 USCA ss 2241 "POWER TO GRANT WRIT" @ SCt Rules.

10) IN CAMERA HEARING IN LIEU OF COURT MAKING A REPORT ON INFORMATION IN THE (PRESENTENCE) REPORT THAT SHOULD NOT BE DISCLOSED UNDER FRCRP Rule 32 @ "POST-CONVICTION PROCEDURES"; SEE Rule 32(c)(1)(A), R32(c)(2)(D) RE: FRAUD-ULENT DEATH BENEFITS (CLAIMS) AND USAGE (PURCHASES) OF FUNDS (LOBBY); AND R32(c)(3)(B) THE IN CAMERA HEARING.

11) LIABILITY EX-DELICTO (EXEMPLARY): TEXAS TORT CLAIMS ACT; DA TORT CLAIMS PROCEDURES @ 28 USCA CHAPP 171 ss 2671, ID @ 2677 RE: "COMPROMISE" OF ATTY GEN FROM 28 USCA ss 1346(b) AFTER COMMENCEMENT OR AND ACTION.

12) EXPUNCTION DOCTRINE; RIGHT TO EXPUNCTION VTCD CCP 55.01(a)(1)(B)(i, ii) AND ART 55.02 PROCEDURE FOR EXPUNCTION, (EXC!) EX PARTE PROCEEDINGS.

13) INVALID INDICTMENT — THE COURT MAY DISMISS AN INDICTMENT ABSENT THE PROSECUTOR'S REQUIREMENT FOR DISMISSAL WHEN THE INDICTMENT (INTRINSIC FRAUD) IS INVALID ON ITS FACE. FRYE VS STATE 886 SW2D 443 (1992).

14) HAROLD BENJAMIN DAVIS HAS NO PRIOR CRIMINAL CONVICTIONS.

(5)

# ANNOTATIONS:

Dunkers vs Calif 386 US 738
Boss vs Estelle 696 F2d 1154
Boss vs State 270 SW3d 557 (2008)
Castillado vs State 78 SW3d 345 (2002)
Davis vs State 025147 (Not Pub SW2d)
Fox vs State 283 SW3d 85, 93 (2009)
Frye vs State 886 SW2d 443 (1992)
Heine vs Texas DPS 92 SW3d 642, 649
King vs State 831 SW2d 891 (1992)
Peters vs State 31 SW3d 704 (2000)
Pitts vs State 113 SW3d 393, 397 (2003)
Smith vs Bell 462 F Supp 55 (1978)
Smith vs State 70 SW3d 848, 850-851 (2002)
Solola vs State 433 Fed Appx 238 (2011)
Stanley vs State 866 SW2d 306 (1993)
Texas DPS vs Dick 954 SW2d 108, 112 (1997)
Texas DPS vs Katopolis 886 SW2d 455, 458
Wilson vs Buster 433 Fed Appx 238 (2011).

## Federal Rules of Criminal Procedure
FRCRP Rule 32 (c)(1)(A)
     (c)(2)(D)
     (c)(3)(B)

## Federal Rules of Civil Procedure
FRCVP Rule 60(a), (b)(1-6), (b)(3)
    Rule 61

## Supreme Court Treatise
SCT Jan 1, 2008 Pub. L. 110-177
   Title V SS 511, 121 Stat 2545

Acts 1973, 63rd Leg, Chap 399, Pg 976
   SS 2(c) Eff Jan 1974.
Acts 1977 65th Leg Chap 747 ss 1
Acts 1979 66th Leg Chap 604 ss 1

## VTCA Penal Code
VTCA PC 13.03   19.05   42.072
    19.01(b)   32.46
    19.02(a)(2)  32.48

## Texas Rules of Evidence
TRE 103(a)(1,2)
   404(a)(3)(b) crimes, wrongs
   404(b) gen.

# IV.

## Federal Rules of Evidence
FRE 103      202
   412      203
   803(a)    204
   1101    205

## Federal Rules of Appellate Procedure
FRAP 21(a)(2)(A)
   34(e)
   39.1
   60/60A

## Texas Rules of Appellate Procedure
TXRAP 20/20.2

## Texas Supreme Court
TxSCT Plenary Juris D: Black's
TxSCT Rules Pro HV
   Rule 5.1
   Rule 6 (1,2,3)
   Rule 17.3
   Rule 20

## Texas Disciplinary Rules of Professional Conduct, re: FOC
TDRPC 1.02(c)
   3.01
   3.03(b)

## Texas Code of Judicial Conduct At Canon Rule 3A(4).

## Texas Tort Claims Act

## Supreme Court Rule 39.

## West Texas Digest 2nd Edition
WTxD2d Fed Civ Pro Key 2377
   Fed Cts Key 945
   Criminal Law Key 207.1,
    334, And 1411.

(6)

## IV. Annotations Cont'd

**18 United States Code Annotated**
18 USCA 566
    1512(a)(1) Note 50
    1512 A, B, 2B, (c)(1), (g)
    1514 A
    3006 A
    4206

**42 United States Code Annotated**
42 USCA 1983

**Vernon's Texas Code Annotated**
**Code of Criminal Procedure**
VTCA CCP 26.13(a), (d)     38.36
         32.02          38.37
         36.11          38.46
         38.18          42.0181
         38.32(a)      42.045
         38.35          55.05
55.01(a)(1)(B)(i,ii)
55.02 Sect 2

**LOBBYISTS — Tex Criminal Integrity Units**
Relevant to Lobby / Lobby Research
VTCA Gov 3002.005 (New Bus.)

Admission Gov 305.023 Travis Co.
Crimes and Offenses Gov 305.031
Disclosure Gov 305.001
Ethics Commission Gov 571.0231
Ethics Enforcement Gov 571.171
False Communications Gov 305.121 (Fraud)
Filing Gov 305.007
Funds Gov 403.1067
Guardianship Cert Board Gov 111.014
Information Resources Gov 2054.022
Injunctions - Violations Gov 305.035
Lobbyists Gov 556.006
Notice, Adv or Pecuniary int Gov 305.028
Sanctions Gov 571.171
Trusts and Trustees Gov 865.002
Venue Gov 305.036
18 USCA Chap 11 Sect 201-225 Bribery,
    Graft, and Conflicts of Interest.

**28 United States Code Annotated**
28 USCA  391         2241
         1346(b)     2254
         1651(a)     2255(b), (h)
         1746        2256 (omitted)
         1915(g)     2671 ID @ 2677

**Vernon's Texas Code Annotated**
**Civil Practice and Remedies Code**
VTCA CP&RC
    171.084      171.086(a)(2)
    171.086(c)     (a)(3)
    171.087      (a)(4)
    171.088      (a)(5)
    171.089      (a)(1-6)
    171.091      (b)(1-6)

**Vernon's Texas Code Annotated**
**Government Code**
VTCA Gov 22.001(a)(b)(d)
        22.008
        22.225
        402.003
        411.127
        552.301
        571.022
      2002.011/.012

# V. Motions ~ Omnibus

1. MOTION FOR LEAVE TO FILE; FRCVP @ RULE 59 AND LENIENT TIME LIMITS RULE 60B, ACCOMPANIED BY BRIEF IN SUPPORT OF THIS MOTION, RE: BRIEF ON THE MERITS AT PER R EVID @ RULE 412.

2. MOTION FOR REMITTITUR AT FRCVP RULE 60(a), (b)(1-6) AT Pro Hac Vice ON "CANDOR TOWARD A TRIBUNAL" AT PRETRIAL STATEMENTS OF DISCLOSURE (DGROUT/ DGRUCY; LOBBY). 18 USCA 4206; RELIEF FROM JUDGEMENT OR ORDER. I.E. "DICILIARY REMEDIES", WITH THE EXAMINATION OF PERJURY. I.E. "AAG PERS" (F-O-C) SHOULD BE BY VTCA PC 13.03 AS AMENDED BY ACTS 1973, 63rd LEG. CHAP 399, PAGE 976 SS 2(c) EFFECTIVE JAN 1974.

3. MOTIONS OF DEFENDANT/APPELLEE

   A. DISCOVERY - JUSTIFICATION OF CERTIFICATE OF LIFE ON SUBJECT DECEDENT (BY MANDATE); NEGATION OF DEATH CERTIFICATE UPON SAME SUBJECT PERSON.

   B. FORMA PAUPERIS @ SC+ RULE 39 IN ACCORDANCE WITH 18 USCA SS 3006A, 28 USCA SS 1746 AND 1915g, 42 USCA SS 1983 AND FRAP, RULE 39.1. APPELLANT WILL REQUIRE A COURT APPOINTED ATTORNEY.

   C. ANDERS BRIEF (ANDERS VS CALIF 386 US 738) FOR RECOVERY OF ALL DOCUMENTS TO INCLUDE THE VHS CASSETTE OF THE ACTUAL ALTERCATION (WAS WITH-HELD EVIDENCE; RE: Lt JOE SAUZLIN FPPD) NECESSARY TO RENDER COMPLETE THE PRESENTATION OF DAVIS VS STATE, TO INCLUDE AT COURT'S OPTION, THE REPLENISH OF THE PDR AT THE COURT OF CRIMINAL APPEALS IN 1996, W/TRL CT REC. RE: QUAD.

   D. MOTION TO RECUSE - TRIAL COURT 23rd/239th (DUAL SENTENCING DOCS) IS CLASS II-C AT TRIAL; SHOULD HAVE BEEN CL III-B, C FOR 5-99 YEAR SENTENCES OR CL IV-C FOR LIFE SENTENCES, AND OBJECTION TO ASSIGNED JUDGE (THEN) RAYMOND J. GAYLE, (NOW) BEN HARDIN ON GROUNDS OF PRESUMPTIVE VINDICTIVENESS, (MISINFORMATION: LOBBY).

   E. MOTION TO EVOKE FED R EVID RULE 412: BRIEF ON THE MERITS (CR LAW).

   F. MOTION TO GARNER ORDER TO SUE AT TEXAS TORT CLAIMS ACT, ACTION EX-DELICTO AT LIABILITY. BECAUSE OF LOBBY LIABILITY, CAUSATION NOW AT 22 YRS 8 MOS OF UNLAWFUL INCARCERATION, LEVY OF PROCEEDINGS SHOULD BE EXEMPLARY. (RE: GIFTS @ 150K).

   A. MOTION TO GRANT ORDER TO DISMISS CASE BY STATE'S ATTORNEY VTCA CCP 32.02 THAT THE TEXAS SUPREME COURT PLENARY JURISDICTION INCLUDES "JUDGEMENT OF DISMISSAL" PURSUANT TO AN IMMUNITY AGREEMENT SIMILAR TO (EXCEPTION) SMITH VS STATE 70 SW3D 848, 850-851 (2002).

   5. MOTION FOR PUBLICATION OF DECISIONS VTCA GOV 22.008 RECORD AND RECORDATION (GOV 2001.059/2001.060; @ ATTY GEN OPPINIONS GOV 552.301; REPORTS GOV 402.003 ATT GEN @ 411.127; ETHICS COMM CHAIR GOV 2002.011.012 SUNSET ACT GOV 571.022.

VI. Brief In Support Of Motion For Leave To File...
## In The Supreme Court Of Texas...

In The Matter Of Harold B. Davis vs The State Of Texas 025147, On Sept. 10, 1993 In the 239th Judicial District Court (23rd Dist Ct was II-C) And So There Are Coincidentally, Multiple (4x) Sentencing Documents Alluding To A IV-C Judgement...

### A. Scenario History — VHS Recorded.

Theriot Went Out To His Car (Funderburg) And Came Back Inside The Tavern With His Pistol, Sat Back Down At The Counter, Handling The Weapon While Replacing It Into A Gray Or Blue Pleated Wallet. Meanwhile, Suspicious Of Trouble, I Had Moved My Derringer From A Boot Pouch To My Left Pant Pocket. At Some Point, Theriot Produced His Weapon (.25 Cal) Holding It High, Brandishing, Threatening With It. I Was Holding The Derringer Left Handed, Under The Counter. Theriot Eventually Pointed The .25 At Me And Depressed The Trigger Safety With A Loud "Click". In The Same Moment I Responded Over The Counter With A Shot To His General Chest Area Because He Had Already Made Trigger Completion With No Fire As Apparently The Loading Operation Of The Weapon Had Not Been Completed To Move A Round From The Magazine To The Firing Chamber By Breech Operation. I'm Sorry. It Was Too Late, As I Had Already Fired. He Had, However, Taken A Facial Aim (Sudden Passion).

The Incident Was Recorded By A Stationary Wall Mounted Camera, Photo Aim At The Cash Register, In Front Of Which We Were Seated, With A VHS Recorder In The Tavern Office. The VHS Cassette Was Retrieved By Arresting FPPD Officer Lt. Joe Souplin, But Was Never Subpoenaed As Evidence.

### B. Epilogue ~

As The .38 Cal Derringer (H. Hunter Co) Contained Only A Steel Target Round(s) Retrieved From The Floor As It Had Passed Completely Through Theriot, There Was Not Much Blood, As There Would Have Been With A Hollow-Point Or Lead Shot (+P). Theriot Soon Regained Total Consciousness Aside Or Fear And Pain, And Remained Alive Through Scene Clearing, And The Ambulance Rushed Him To The Hospital. I Had Been Seated On The Tailgate Of The Ambulance In Apologetic Conversation With Him Until Traffic Had Been Cleared, Approximately 45 Minutes Later.

And As No Surgery Had Been Performed, The Theriot (Funderburg) Family Had Dropped Charges. There Was A Band-Aid Front And Backside

VI. Brief in Support of ... Continued @ B. Epilogue

only, but the ADA Matt Rienstra and JP Ray Snead are purported to have never received a survival report, and instead preferred charges of homicide claiming death of our decedent from a bullet wound during surgical procedures.

There was a late funeral, closed casket, mausoleum above ground crypt, (it turns out "rental") at Lakewood Cemetary: Clute TX, as more than a year later the faceplate indicated a different occupant, and one will find that there is no record or authority to exhume remains for relocation.

C. Audiology —

This incident was on Sept 23, 1992. A year later, a four-day trial had been concluded in which a fraudulent death certificate had been produced as an official document, although Defendant questioned its validity in active court, the DA refused to redact it. (Braz Co TX 025141 D: 091093). There is suspicion that although there were four (4) adjudication subpoenae that both the 23rd and the 239th JDCts contained at least two sentencing documents each (barratry/privilege), with variances in preferred charges, ultimately affecting appeal value. The trial court was out of its jurisdiction as Judge Raymond S. Gayle demonstrated only a CLI-C or CLII-C license. The appeal refused a retrial. The 50 page PDR was per curium denied 3x times, which purviewed the many, many mistakes conducted by the trial court (rec: admission). The 23rd and 239th were new courts at the time.

D. Presents Pro Hac Vice —

Mr. Sondra Victoria (Funderburg) Theriot DKA Richard Alvin Theriot lives on. There was fraudulent claim(s) on death benefits contracted post-incident (Reliable Fire & Life), which proceeds were used to purchase two night-clubs at Vinton, LA (Circle Sea + Pelican Club). Theriot become a gubernatorial candidate by proxy about 1995-96 and a Geo. W. Bush look-alike at presidential concerns (1 of 3) thereafter, which might explain the protection by lobby in Texas. (re: Bush).

Letters from step-son Aaron N. McGaughey at Orange TX, whom with his mother (HBO ex-wife) Sharon Esthay, had coabited with Theriot at common-law, confirms living existance, while renting (uncle) John Thomas Melton's house at 1210 Goodwin Circle in Orange TX, circa 1996-97. Mock TV studio at Port Arthur and Nederland did air time for any "Bush" crusade.

(10)

VI. Brief in Support Of ... Cont'n @ D. Pro Hac Vice —

The Preponderance of Evidence has been misconstrued in the actual locating of criminal precedence becoming unwarranted precedence, resulting in voir dire priority and the impeaching (2x) or the Defendant at trial court to remain null and void as one year to impound had expired in this impeachment process. The trial court also vexed an Interlocutory Order to restrict inmate mail (unconstitutional) although there was no requisition from District Court Jurisdiction.

Whereas Theriot (Funderburg/Delaney) had outstanding warrant(s) for arrest from Louisiana for homicide: female victim in all plenary jurisdictions of culpability, at modus operandus committed to the continueing of intrinsic fraud. Lobby enters again at post-conviction due to our Decedent becoming a political candidate at Governor Pro. Tempore 1995-96 and then a Presidential candidate and/or engaged in the security thereof, in 1999; one of three actors (G.R.o w. Bush), this (his) escapee, d miraculos event, or death (Vatican @ Diocese II ).

E. Conclusion

Subjective statements revealed only to the trial court (ADA) disguised the sources of Lobby to nullify accuracy at preponderance at improper influence which subverted the truth finding process that the adversary system is designed to implement. (Texas Disp Rules Prof Conduct, i.e. Rule 1.02(c).), and that candor toward a tribunal was employed even if it was inadvertent to proper (incomplete) the protection of a political candidate (Funderburg/Theriot) See the Texas Disp Rules of Prof Conduct Rule 3.03(b) to wit: Fraud-on-Court and, the Texas Code of Judicial Conduct at Canon 3A(4).

Whereas, hence, there is liability ex-delicto at consideration of the Texas Tort Claims Act, and where mistakes and reasons for the unlawful incarceration (22 years 8 months: less bond time) of this Appellee/Plaintiff Harold Benjamin Davis.

Please be reminded that confirmation of the identity of the Decedent today from the death certificate is by fingerprints and subsequent DPS identification to begin again by other name(s).

# PROPONENT DATA SHEET

NAME : HAROLD BENJAMIN DAVIS
TDL : 00376274
SSNO. : 449824956
DOB : 092849
PREVIOUS ADDRESS : P.O. BOX 1206
FREEPORT, TEXAS 77541

PRIOR NAME : HAROLD STEVEN McGAUGHEY
DATE NAME CHANGE : JULY 1986
PLACE OF ACKNOWLEDGE : WASHOE CO NEVADA
LAW FIRM OF NOTE : BOWEN, SANFORD, TERT AND DICKIE

NAME OF TRIAL COURT: 23rd J DIST COURT
CASE No. _ _ _ _ _ : 025147
CHARGE _ _ _ _ _ _ : PC 19.02 HOMICIDE / MURDER
SENTENCE _ _ _ _ _ : 5 TO 99 YEARS (LIFE), APJ.)
DATE OF SENT _ _ _ : SEPT 10, 1993
DATE OF ARREST _ _ : SEPT 23, 1992
PLACE OF INCIDENT _ : FREEPORT TEXAS (TOWNE LOUNGE TAVERN)
JUSTICE OF THE PEACE: RAY SNEAD
COUNTY _ _ _ _ _ : BRAZORIA
COUNTY SEAT _ _ _ : ANGLETON, TEXAS

HAROLD BENJAMIN DAVIS 449824956@683919 HAS NO PRIOR CRIMINAL
CONVICTIONS...

NEXT OF KIN: LARRY S. McGAUGHEY
109 PEPPERMINT
LAKE JACKSON, TEXAS 77566
(979) 297-4206

## XIII. List of Lobby and Lobbyists

John Carson aka Tom Brokov

Prince Phillip MdMartin (Abdicated)

Roy Shapiro

Matt Riewstra (BrdCo ADA)

Barry Goldwater

Spiro T. Agnew

Frank E. June aka Brian Cuomo
Lobby to the President @ Bdk & Patt LLP Hou Tx

Donald Trump
Fulbright & Jaworski LLP Hou Tx

President Barrack O'Bama (w/ NAS Corps)
Baker & Patterson LLP Hou TX

Vice President Joe Biden

Gen Colin Powell

Gen Thirston Powell

Gen Harold Schmidt

Gen Richard Kearns (HBO Pro. Bots Acct)

Gen Tim Conway

Gen Martin Renkiewciz (NAS Corps)

Sen. James E. Brown

Sen. Robert Dole

Sen. John McCain

Judge Raymond J. Gayle

(13)

## IX. Statement in Forma Pauperis

See S.Ct Rule No. 39 or "Motions..." I.E. in accordance with 18 USCA ss 3006A, 28 USCA ss 1746 and 1915(g); with 42 USCA ss 1983 and Federal Rules App. Pro: Rule 39.1 ...

Affiant who is indigent and without funds or ways and means, requests the grace of the Honorable Texas Supreme Court in regard to expenses related to any reproduction or records relevant to executive or tribunal business and copies of this Petition or his own confidence at Pro. Bono. Also, if a lawyer should become necessary in any of the proceedings (ad litem), Affiant en bene esse forthwith requests that first, his agent at Joseph A. McDermott III LLP Houtx be contacted, or secondly that one be appointed for this Petition in accordance with the above rules. All statutes are intended to apply to a Motion to Redact Format or Memorandum ___.

(14)

## X. FIAT

Attorney Pro. Bono / Per Se — Ex officio JDSBTx No. 10582900 known as Honour B. Davis at compilation of this Extraordinary Writ in exchange for a Rescind: Reduction and Expunction of record(s) in behalf of himself TDCJ-ID Offender No. 683919, herewithin addresses the tribunal of the Honorable Texas Ct. of Apls Supreme Court to correct points of order and matters of law as illustrated in the Table of Contents of this Monogram at Exceptio Rei Judicata ~ Et Sic Judicium, a Petition for Remittitur containing presents Pro Hac Vice at Estoppel Per Rem, Per all rules and statutes.

Defendant — Appellant — Movant is in Petition for a Favorable Review to rescind the Judgement of the Trial court where all these included illustrations with annotation prove Exemption and to furnish vacating of the Sentence of 5 to 99 (life) years forthwith from the confines of Texas Department of Criminal Justice, at Discharge.

And further in exhonoration, to exemplify the Texas Tort Claims Act wherein is the Sponsor of Restitution in this Writ.

Information contained in and/or referred to in this Fiat is protected by the forthcoming Oath or Affidavit.

(15)

## XI. Affidavit of Attorney Pro Hac Vice

Sworn Statement of Attorney: Private Investigator @ VTCA Occ 1702.133 and Master-at-Arms, Ad Valorem (Ex-Officio) at Joseph A. McDermott III LLP of Hou Tx (713) 527-9190 hereby remains prequalified to (P.I @ Bond) represent inmates in accordance with VTCA Gov 81.102 (Law School Grad) and 508.083 Pro. Bono State Bar Card JDSBTX 10582900 from Acts 1987, 70th Leg, Chap 148 ss 3.01. This Appellant/Movant is not being represented in any other court at the present time.

## XII. Resume of Harold Benjamin Davis SBarTex No. 10582900.

Born (2nd) Brzs Co Tx Sept 28, 1949; (First: NOLa May 30, 1949, Mo: Winslet, Fa: Ludendore). 1986 M of A, Unv @ Reno (Lit/Music Mat 291296); 1996 Blkst Cty Inst Mat 25679 (Juris Doc) LSG. GPA 95; 2008 Stratford Acctg (Audit/CPA) No. F121369 and Priv I No. F189312 (Bond). 1981 US Army NAS Corps 155th Serv ID No. 6812837. Other Co: J Hops Mat 441923 Micro (Bio/Psych); TX A&M 219307 A Mico. SwHtSU 251260 Bio/Mdth. A&I 328427 Elect/Psych, and BP College 586017. TDL No. 00376274; SS No. 449824956. Bar Admit Dec. 2013. Ad Valorem @ Joseph A. McDermott III Atn-at-Law CIV-E HouTx 77098.

Interpol @ Wash D.C. (NAS) Martin A. Renkiewicz: Dir (202) 616-9700. Change of Name @ Washoe Co NV 1986 viz: H.S. McGaughey, Recip Tx via DPS, Doc(s) - all nomenclature remaining same as (SS No./TDL No. etc).

## XIII. Oath of Affidavit

Whereas I, Harold Benjamin Davis SBATY No. 10582900 and TDCJ-ID No. 683919, do hereby affirm that all previous information is true and correct in accordance with State Law (VTCA CP&RC 132.001 - 132.003) and of Federal Law (28 USCA Prap Sect 1731, 1746x, 1781 and 1821 exc) which allows witness (VTCA CP&RC Art 137.003) to any Grand Jury without charge of Notary Public, subject to all penalties of perjury!

Executed this ____ 6th ____ day of ____ June ____, 2015.
And this ____ 10th ____ day of ____ Aug ____, 2015.

Regards,

H B Davis.

Harold B. Davis 683919
1300 FM 655 - Chas T. Terrell
Rosharon, TX 77583

DATE: JUNE 14, 2015    TDCJ - PAROLE DIVISION
ATTENTION: CORRESPONDENCE
NAME: HAROLD B. DAVIS  TDCJ No. 683919    P.O. BOX 13401
UNIT: CHARLES T. TERRELL    AUSTIN, TEXAS  78711

TO: THE HONORABLE BOARD OF PARDONS AND PAROLES
UNIT PAROLE COUNSELOR
OFFENDER PAROLE FILE ~ TO WHOM IT MAY CONCERN:

### RENUNCIATION AFFIRMATION OF MOVANT
VTCA PENAL CODE, TITLE II CHAPTER 71: ORGANIZED CRIME

IT IS AN AFFIRMATIVE DEFENSE TO PROSECUTION UNDER PC 71.02 RICO THAT DURING CIRCUMSTANCES MANIFESTING A VOLUNTARY AND COMPLETE RENUNCIATION OF THE ACTOR'S CRIMINAL OBJECTIVES TO INCLUDE CONTINUOUSLY OR REGULARLY ASSOCIATING TO CRIMINAL STREET GANGS AND/OR PROPENSITIES OF VIOLENCE IN CHALLENGE TO SUBJECTIVE STATEMENTS OF DISCLOSURE NOT NECESSARILY VERIFIED AT BPP'S FILES, THAT __HAROLD B. DAVIS__ . TDCJ-ID No. __683919__ HEREBY WITHDRAWS FROM THE COMBINATION BEFORE COMMISSION OF AN OFFENSE LISTED IN SECTION 71.02(a) AND TAKES FURTHER AFFIRMATIVE ACTION (WITNESS @ PC SECT 71.04) TO PREVENT THE COMMISSION OF ANY (OTHER) OFFENSE.

### OATH OF AFFIDAVIT

WHEREAS, I, __HAROLD B. DAVIS__ - MOVANT/AFFIANT OF TDCJ-ID No. __683919__ DO HEREBY AFFIRM THAT THE PREVIOUS INFORMATION IS TRUE AND CORRECT IN ACCORDANCE WITH STATE LAW (V.T.C.A., CP&RC SECTS 132.001 THROUGH 132.003) AND FEDERAL LAW (28 U.S.C.A., FRAP SECTS 1731, 1746X, 1781, AND 1821) WHICH ALLOWS WITNESSES (VTCA CP&RC ACT 132.003) TO ANY TRIBUNAL OR GRAND JURY WITHOUT CHARGE OF NOTARY PUBLIC, SUBJECT TO ALL PENALTIES OF PERJURY. AND THIS __10th__ DAY OF __AUG__, 2015.
EXECUTED THIS __14th__ DAY OF __JUNE__ 2015. BY:
HAROLD B. DAVIS 683919 ATTORNEY EX-OFFICIO JDSBTXNo. 10582900 AND PRIV I STRDS No. F189312 (BOND) @ FULBRIGHT ₤ JAWORSKI LLP Re: DR DAVID FULB CEO HOU TX (713) 651-5151, SIG: MASTER-AT-ARMS; Rep INMATES @ VTCA GOV 81.102(b)(3) LSG AND GOV 508.083 PRO. BONO.

RESPECTFULLY,

NAME: HAROLD B. DAVIS  TDCJ No. 683919
1300 FM 655 - CHAS. T. TERRELL UNIT
ROSHARON, TEXAS  77583

(17)